UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PIERRE L PERKINS #104346 | CIVIL ACTION NO. 21-cv-151 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| POLICE JURY BOSSIER PARISH ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Motion for Summary Judgment (Doc. 16) by defendants Jason Porter and Jason Gates is granted and that all claims against Porter and Gates are dismissed without prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 28th day of February, 2022.

      ELIZABETH E. FOOTE
      UNITED STATES DISTRICT JUDGE