UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PIERRE L PERKINS #104346     CIVIL ACTION NO. 21-cv-151 SEC P

VERSUS     JUDGE ELIZABETH E. FOOTE

POLICE JURY BOSSIER PARISH ET AL     MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Motion for Summary Judgment (Doc. 22) is granted and that all claims against Cyndi Holley and the Bossier Parish Police Jury are dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 28th day of February, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE